PROB 12C
(6/16)

Report Date: October 13, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leo John Yallup | Case Number: 0980 1:15CR02031-LRS-1 |
| Address of Offender: | Spokane, Washington 99260 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 6, 2016

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Crime on Indian Reservation - Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | June 5, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | June 4, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/29/2021 and 9/27/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 18, by ingesting a controlled substance, methamphetamine, on or about September 28, 2021.<br><br>On June 5, 2020, Mr. Yallup's conditions of supervision were reviewed, and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of controlled substances.<br><br>On September 28, 2021, Mr. Yallup submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine. At that time, he signed a denial form indicating he had not ingested said substance. The urine specimen was thereafter sent to Alere Toxicology for further testing, and it was confirmed positive for methamphetamine on October 12, 2021. |

Prob12C
**Re: Yallup, Leo John**
**October 13, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 13, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

October 13, 2021

Date