PROB 12C
(6/16)

Report Date: August 26, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Leo John Yallup | Case Number: 0980 1:15CR02031-LRS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ White Swan, Washington 98952 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: January 6, 2016 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Crime on Indian Reservation - Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) |
| Original Sentence: Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 15, 2021) Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: February 28, 2022 |
| Defense Attorney: Molly M. Winston | Date Supervision Expires: August 27, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On March 1, 2022, supervised release conditions were reviewed and signed by Mr. Yallup acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Yallup is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about August 7, 2022. |

Prob12C
**Re: Yallup, Leo John**
**August 26, 2022**
**Page 2**

                On August 10, 2022, Mr. Yallup reported to the probation office as directed. While in the office, Mr. Yallup admitted to consuming methamphetamine on August 7, 2022. Before departing, Mr. Yallup signed an Admission/Denial form admitting he consumed methamphetamine.

2      **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Yallup is alleged to have violated his conditions of supervised release by consuming alcohol on or about August 7, 2022.

        On August 10, 2022, Mr. Yallup reported to the probation office as directed. While in the office, Mr. Yallup admitted to consuming alcohol on August 7, 2022. Before departing, Mr. Yallup signed an Admission/Denial form admitting he consumed alcohol.

3      **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: Mr. Yallup is alleged to have violated his conditions of supervised release by failing to report to the probation office on August 24, 2022, before 2 p.m.

        On August 19, 2022, this officer received a telephone call from Merit Resource Services (Merit) staff regarding Mr. Yallup being unable to provide a urinalysis (UA) due to a possible medical condition on August 18, 2022. This officer attempted to contact Mr. Yallup by telephone numerous times between August 19, and 23, 2022; however, all attempts were unsuccessful.

        On August 23, 2022, this officer attempted to contact Mr. Yallup at his listed residence with the probation office. This officer made contact with an individual who identified himself as Mr. Yallup's brother. Mr. Yallup's brother said Mr. Yallup was not home and he had not seen him for a few days. This officer provided him a business card with reporting instructions for Mr. Yallup to report to the probation office by August 24, 2022, before 2 p.m.

        On August 24, 2022, Mr. Yallup failed to report to the probation office as directed and his current whereabouts is unknown.

4      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Yallup, Leo John**
**August 26, 2022**
Page 3

**Supporting Evidence**: Mr. Yallup is considered to be in violation of his supervised release conditions by failing to report to Merit for urinalysis (UA) on August 25, 2022.

On August 10, 2022, the substance abuse testing instructions were reviewed with Mr. Yallup. Mr. Yallup verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Yallup was to report to Merit and submit to a drug screen.

On August 26, 2022, this officer received notification from Merit that Mr. Yallup failed to submit a UA on August 25, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

August 29, 2022
Date