PROB 12C
(6/16)

Report Date: April 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leo John Yallup                Case Number: 0980 1:15CR02031-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 6, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Crime on Indian Reservation - Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 15, 2021) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Frances E. Walker | Date Supervision Commenced: February 28, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: August 27, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 26, 2022.

On March 1, 2022, supervised release conditions were reviewed and signed by Mr. Yallup acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Yallup is considered to be in violation of his supervised release conditions by committing a new crime: case number 1:23CR2016-MKD-1, assault on federal officers with a deadly weapon, on March 2, 2023.<br><br>According to a Wapato Police Department (WPD) narrative for case number 23W0471, on March 2, 2023, an officer involved shooting occurred at a Wapato residence when deputy |

Prob12C
**Re: Yallup, Leo John**
**April 19, 2023**
Page 2

        United States Marshals (USM) Service were attempting to serve Mr. Yallup with his USM warrant. WPD officers heard "shots fired" called out over the air and two WPD officers were dispatched to the scene. Upon arrival, the WPD officers observed WPD and USM with their weapons drawn. A deputy USM advised the WPD officer that Mr. Yallup had been shot down and was wounded. The deputy USM was procuring a shield to go back toward the suspect. The WPD officer then proceeded with the deputy USM behind the shield toward Mr. Yallup. Mr. Yallup was lying on the ground in a prone position and the WPD officer could not observe Mr. Yallup's hands. The WPD officer advised Mr. Yallup not to move so he would not get shot. Officers moved in, placed Mr. Yallup in handcuffs and flipped him over.

        Mr. Yallup was observed with a handgun in his hands, which was removed, and a second handgun located in a holster on his side. Both firearms were removed and tossed to the side. The WPD officer advised dispatch that Mr. Yallup had a gunshot wound to his head. WPD officers provided aid until the scene was secure, and medical aid arrived. While providing first aid, the WPD officer was advised the suspect's name was Leo Yallup. After fire and medical arrived, the WPD officer was asked to remain next to the firearms to make sure they were not removed from the location. Mr. Yallup was airlifted to Harborview Medical Center where he remained in USM custody. Mr. Yallup is currently in custody at Yakima County Jail.

6        **Mandatory Condition #1**: You must not commit another federal, state or local crime.

        **Supporting Evidence:** Mr. Yallup is considered to be in violation of his supervised release conditions by committing a new crime: case number 1:23CR2016-MKD-1, using, carrying, brandishing a firearm during and in relation to a crime of violence, on March 2, 2023.

        Please see information located in violation #5 above.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 19, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Yallup, Leo John
April 19, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

4/19/2023

Date